# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kim Bernadette Jacques, | Case No. 2:20-cv-00079-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Albertson's LLC, et al., | |
| Defendant. | |

Before the Court is plaintiff Kim Bernadette Jacques's application to proceed in forma pauperis (ECF No. 20). Jacques's application is incomplete and the Court will therefore deny her application without prejudice. Jacques may file a new application by May 27, 2020.

Question 3 of the application lists six categories of "other income" sources and asks applicants to mark either "yes" or "no" next to each source. ECF No. 20 at 1. If "yes" is marked next to any of the sources, applicants must "describe . . . each source of money and state the amount that [they] received and what [they] expect to receive in the future." *Id.* On question 6, applicants are required to "describe and provide" their "regular monthly expenses," including "the amount of the monthly expense." *Id.* at 2.

Here, Jacques's application is incomplete in at least three respects. First, on question 3, Jacques marked "yes" next to "[d]isability, or worker's compensation payments." *Id.* at 1. However, she did not, as required, describe the source of income (i.e., disability *or* worker's compensation payments) nor list the amount that she receives or expects to receive in the future from that source. *Id.* Second, Jacques did not mark "yes" or "no" for the remaining sources of income listed in question 3. *Id.* Third, Jacques did not describe her monthly expenses on question 6. *Id.* at 2. Instead, Jacques merely listed the sum total of her monthly expenses without giving a breakdown of what those monthly expenses are (i.e., how much money is spent on rent, utilities, etc.).

1    IT IS THEREFORE ORDERED that plaintiff Kim Bernadette Jacques's application to
2 proceed in forma pauperis (ECF No. 20) is DENIED without prejudice.  If plaintiff intends to file
3 a new application, she must do so by May 27, 2020.
4    DATED: May 6, 2020.

                                                    _____
                                                    BRENDA WEKSLER
                                                    UNITED STATES MAGISTRATE JUDGE