# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kim Bernadette Jacques,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Albertson's, LLC,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00079-RFB-DJA<br><br>**Order** |

Before the Court is Plaintiff's "motion Plaintiff's settlement conference review." (ECF No. 221). It is unclear what relief Plaintiff seeks from the Court. To the extent Plaintiff intends her filing to be a pretrial order, the deadline for the parties to file a joint pretrial order passed on August 31, 2022. (ECF No. 153). And Plaintiff includes no argument regarding reopening this deadline. Because the Court cannot determine what relief Plaintiff seeks through her motion, it denies the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 221) is **denied.** The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: May 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE